UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEREK BOYD,                              )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )        No. 1:20-cv-01844-TWP-TAB
                                         )
LOPES,                                   )
                                         )
                    Defendant.           )

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Derek Boyd's motion to dismiss, dkt. [248], is **granted**. Pursuant to Mr. Boyd's motion and

Federal Rule of Civil Procedure 41(a)(2), this action is **dismissed with prejudice**. The **clerk is**

**directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 12/6/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DEREK BOYD
273507
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Greencastle, IN 46135
Electronic Service Participant – Court Only

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Adam Garth Forrest
BBFCS ATTORNEYS
aforrest@bbfcslaw.com

Peter Andrew Inman
INDIANA ATTORNEY GENERAL
peter.inman@atg.in.gov

Joseph Thomas Lipps
BBFCS ATTORNEYS
jlipps@bbfcslaw.com

Julie Tront
Office of Indiana Attorney General
julie.tront@atg.in.gov