UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEREK BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01844-TWP-TAB |
| | ) | |
| A. REAVES, | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| GEO CORRECTIONS, | ) | |
| RYAN PATTON, | ) | |
| COMMISSIONER, | ) | |
| LAYE, | ) | |
| LOPES, | ) | |
| JULIA L. MONK, | ) | |
| ROBERT E. CARTER, | ) | |
| DARLA E. MARTENS, | ) | |
| FERREE, | ) | |
| TODD OSTERBUR, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 12/6/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DEREK BOYD
273507
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Greencastle, IN 46135
Electronic Service Participant – Court Only

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Adam Garth Forrest
BBFCS ATTORNEYS
aforrest@bbfcslaw.com

Peter Andrew Inman
INDIANA ATTORNEY GENERAL
peter.inman@atg.in.gov

Joseph Thomas Lipps
BBFCS ATTORNEYS
jlipps@bbfcslaw.com

Molly Michelle McCann
INDIANA ATTORNEY GENERAL
mmccann@taylorlitigation.com

Eric Antonio Pagnamenta
Amundsen Davis LLC
epagnamenta@amundsendavislaw.com

Brandon Alan Skates
INDIANA ATTORNEY GENERAL
brandon.skates@atg.in.gov

Julie Tront
Office of Indiana Attorney General
julie.tront@atg.in.gov